IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIE WATTS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.     5D21-2837
LT Case No. 1980-CF-564

Decision filed May 10, 2022

3.850 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Willie Watts, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kellie A. Nielan,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and NARDELLA, JJ., concur.